UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENEE ABBANANTO, SUSAN CHODKOWSKI, DANIELLE DAVIDSON, JAMES DELAHUNTY, MATTHEW SARTER, and all others similarly situated,

                    Plaintiffs,

- against -

COUNTY OF NASSAU,

                    Defendant/Third-Party Plaintiff,

- against -

CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., REGION 1/LOCAL 1000, AFSCME-CIO (CSEA); AND CSEA LOCAL 830,

                    Third-Party Defendants.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIELLE DAVIDSON, SUSAN CHODKOWSKI, GARY VOLPE, MATTHEW SARTER, WENDY NEAL, DEBORAH PEDENZIN, ROSANNA LAURO, and all others similarly situated,

                    Plaintiffs,

- against -

COUNTY OF NASSAU,

                    Defendant.
------------------------------------------------------------X

**STIPULATION TO AMEND SETTLEMENT AGREEMENT**

Abbananto, et al. v. County Of Nassau;
Case No. 19-CV-1102

Davidson, et al. v. County Of Nassau;
Case No. 18-CV-1182

Chodkowski, et al. v. County Of Nassau, et al.
Index No. 603925/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------X
SUSAN CHODKOWSKI, HELEN EBBERT, GARY VOLPE, MATTHEW SARTER, WENDY NEAL, DEBORAH PEDENZIN, ROSANNA LAURO, DANIELLE DAVIDSON, and all others similarly situated,

                              Plaintiffs,

       - against -

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY CIVIL SERVICE COMMISSION,

                              Defendants.
---------------------------------------------------------------X

**WHEREAS**, on or about June 6, 2023, the Defendant County of Nassau and the Plaintiffs in the in the Abbananto Action, the Davidson Action, and the Chodkowski action (hereinafter, collectively "Parties"), entered into a Settlement Agreement and Release settling three actions, *Abbananto, et al. v. County Of Nassau*, Case No. 19-CV-1102; *Davidson, et al. v. County Of Nassau*, Case No. 18-CV-1182; *Chodkowski, et al. v. County Of Nassau*, et al., Index No. 603925/2017;

**WHEREAS**, the Parties now seek to amend Paragraphs 46, 48, and 70 of the June 6, 2023 Settlement Agreement and Release;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties hereto, that the June 6, 2023 Settlement Agreement and Release shall be amended as follows:

1. Paragraph 46 shall be amended to read as follows:

"Total Settlement Amount" means the amount of Two Million Three Hundred Thousand Dollars ($2,300,000.00). The Total Settlement Amount will cover the settlement payments to the Plaintiffs, the Abbananto Class Members, the Davidson Opt-Ins, and the Chodkowski Class Members, including liquidated damages, penalties, interest, the proposed attorneys' fees, litigation costs and disbursements to Plaintiffs' Counsel, and the participation fees, as proposed by Plaintiffs' Counsel.

2. Paragraph 48 shall be amended to read as follows:

Tax Treatment of Individual Settlement Payments and Participation Fees. For the individual settlement payments made to the Plaintiffs, the Abbananto Class Members, the Davidson Opt-Ins, and the Chodkowski Class Members, the amount(s) paid to each Plaintiff, Abbananto Class Member, Davidson Opt-In, and Chodkowski Class Member will be allocated to mileage reimbursement. A W-2 Form will be issued to the Plaintiffs, the Abbananto Class Members, the Davidson Opt-Ins, and the Chodkowski Class Members, if required. Any Participation Fee

approved by the Court shall be treated as non-wage income for the calendar year of payment and reported to the appropriate taxing authorities on a Form 1099.

3. Paragraph 70 shall be amended as follows:

Distribution of the Total Settlement Amount. Within sixty (60) days after receipt by Defendants' Counsel of the Report, Defendant County of Nassau shall issue payment, drawn from the Total Settlement Amount, which shall be distributed in accordance with the Court's order regarding allocation of the Total Settlement Amount, to all Plaintiffs, Abbananto Class Action Members who did not opt-out, Chodkowski Class Action Members, and Davidson Opt-Ins who signed and returned a Consent and Release Form, as set forth in the Report.

## EXECUTION BY PARTIES AND COUNSEL

### NAMED PLAINTIFFS

Dated: 11/30, 2023       Renee Abbananto
                         _____
                         Plaintiff

Dated: 11/30, 2023       Susan Chodkowski
                         _____
                         Plaintiff

Dated: 11/30, 2023       Danielle Davidson
                         _____
                         Plaintiff

Dated: 11/30, 2023       James Delahunty
                         _____
                         Plaintiff

Dated: 11/30, 2023       Matthew Sarter
                         _____
                         Plaintiff

Dated: 11/30, 2023        Gary Volpe

*Benjamin Mast* exec.
Plaintiff

Dated: 11/30, 2023        Wendy Neal

*Wendy Neal*
Plaintiff

Dated: 11/30, 2023        Deborah Pedenzin

*Deborah Pedenzin*
Plaintiff

Dated: 11/30, 2023        Rosanna Lauro

*Rosanna Lauro*
Plaintiff

Dated: 11/30, 2023        Helen Ebbert

*Helen Ebbert*
Plaintiff

Dated: 11/30, 2023        PLAINTIFFS' COUNSEL

Louis D. Stober, Jr., Esq.
Law Offices Louis D. Stober, Jr., LLC
98 Front Street
Mineola, New York 11501
Tel.: (516) 742-6546

**DEFENDANT/THIRD-PARTY PLAINTIFF**

Dated: Nov. 30, 2023

County of Nassau

_____
Honorable Thomas A. Adams
County Attorney
Office of the Nassau County Attorney
1 West Street
Mineola, New York 11501
Tel.: (516) 571-3056

**DEFENDANT'S COUNSEL**
**THIRD-PARTY PLAINTIFF'S COUNSEL**

Dated: November 30, 2023

_____
Deanna D. Panico, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP
170 Old Country Road
Mineola, New York 11501
Tel.: (516) 746-5599

**THIRD-PARTY DEFENDANT'S COUNSEL**

Dated: November 29, 2023

_____
Aaron E. Kaplan, Esq.
Civil Service Employees Association, Inc.
143 Washington Avenue
Albany, New York 12224
Tel.: (518) 257-1443

_____        _____
So Ordered                            Date