Case 2:19-cv-01102-JMW   Document 98   Filed 02/08/24   Page 1 of 2 PageID #: 1492

FILED
CLERK
February 8, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RENEE ABBANANTO, SUSAN CHODKOWSKI, DANIELLE DAVIDSON, JAMES DELAHUNTY, MATTHEW SARTER, and all others similarly situated,

                Plaintiffs,

    -against-

COUNTY OF NASSAU,

        Defendant/Third-Party Plaintiff,

    -against-

THE CIVIL SERVICE EMPLOYEES ASSOC., INC., REGION 1/LOCAL 1000, AFSCME-CIO (CSEA); and CSEA LOCAL 830,

              Third-Party Defendants.
-----------------------------------------------------------------X

Docket No.: 19-CV-1102

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs, disbursements or attorneys' fees (other than those specified in the Settlement Agreement).

    The Court retains jurisdiction over the Settlement Agreement resolving this action.

Dated: Mineola, New York
       February 5, 2024

| Law Offices of Louis D. Stober, Jr., LLC | Bee Ready Fishbein Hatter & Donovan, LLP |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant/Third-Party Plaintiff* |
| By: _____ | By: _____ |
| Louis D. Stober, Jr., Esq. | Deanna D. Panico, Esq. |
| 98 Front Street | 170 Old Country Road |
| Mineola, New York 11501 | Mineola, New York 11501 |
| Tel.: (516) 742-6546 | Tel.: (516) 746-5599 |

DAREN J. RYLEWICZ
*Attorneys for Third-Party Defendants*

By: _____
Aaron E. Kaplan, Esq., of counsel
Civil Service Employees Association, Inc.
Box 7125, Capitol Station
143 Washington Avenue
Albany, New York 12224
(518) 257-1443


So Ordered:
/s/: James M. Wicks
U.S.D.J.